UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shawn C. Carter                                       Plaintiff, | Case No._____ |
| -v- | **Rule 7.1 Statement** |
| Highland Capital Management, L.P. and NexBank SSB                 Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Shawn C. Carter_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: _February 2, 2010_

_____
Signature of Attorney

Attorney Bar Code: _RM5217_

Form Rule7_1.pdf  SDNY Web 10/2007