UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAWN C. CARTER,

                 Plaintiff(s),           Case No. 10-CV-0854

    -against-

HIGHLAND CAPITAL MANAGEMENT
L.P., ET ANO.,                            **AFFIDAVIT OF SERVICE**

                 Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK    )
                              s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 9th day of February, 2010, at approximately 12:39 p.m., deponent served a true copy of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; ECF RULES OF COURT and JUDGE'S RULES** upon Highland Capital Management, L.P. at 9 West 57th Street, New York, New York by personally delivering and leaving the same with Molly Daebch, Market Analyst, who is authorized by appointment to accept service.

      Molly Daebch is a white female, approximately 40 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 140 pounds, with medium length blonde hair and blue eyes.


Sworn to before me this
11th day of February, 2010

                                                                 JOSEPH SANCHEZ #1155200

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010