UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAWN C. CARTER.,                                   Index No. 10 CIV 0854 (DC)

        Plaintiff,

        -against-                                   **NOTICE OF APPEARANCE**

HIGHLAND CAPITAL MANAGEMENT, L.P.
and NEXBANK SSB,

        Defendants.
------------------------------------------------------------------X

    David E. Ross of the law firm of MEISTER SEELIG & FEIN LLP, hereby appears in this matter on behalf of Defendants Highland Capital Management, L.P. and Nexbank SSB and demands that all notices and other papers in this matter be served upon it at the address below.

Dated: New York, New York
       March 11, 2010

                                            MEISTER SEELIG & FEIN LLP

                                            By: David E. Ross (DR-1513)
                                            2 Grand Central Tower
                                            140 East 45th Street – 19th Floor
                                            New York, New York 10017
                                            (212) 655-3500
                                            *Attorneys for Defendants Highland Capital*
                                            *Management, L.P. and Nexbank SSB*

TO:

FERBER CHAN ESSNER & COLLER, LLP
530 Fifth Avenue
New York, NY 10036
Attn: Robert N. Chan, Esq.
*Attorneys for Plaintiff Shawn C. Carter*

(4187-002) Doc# 80