

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Index No.: 10 CIV 0854 (DC)
SHAWN C. CARTER,

               Plaintiff,

    -against-                            **STIPULATION EXTENDING
                                                  TIME TO ANSWER**

HIGHLAND CAPITAL MANAGEMENT, L.P.
and NEXBANK SSB,

               Defendants.
---------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff, SHAWN C. CARTER and the attorneys for defendants, HIGHLAND CAPITAL MANAGEMENT, L.P. and NEXBANK SSB (collectively the "Defendants") that Defendants' time to answer and/or otherwise respond to the Complaint in the above referenced action is extended to March 25, 2010; and

     IT IS FURTHER STIPULATED AND AGREED, that Defendants will waive the defense of personal jurisdiction; and

     IT IS FURTHER STIPULATED AND AGREED that for purposes of this Stipulation, facsimile signatures shall operate with the same force and effect as original signatures.

Dated:  New York, New York
           February 23, 2010

FERBER CHAN ESSNER & COLLER, LLP              MEISTER SEELIG & FEIN, LLP

By: _____                           By: _____
     Robert N. Chan (RC-8212)                               David E. Ross (DR-1513)
530 Fifth Avenue                                                        2 Grand Central Tower
New York, New York 10036                              140 East 45th Street, 19th Floor
*Attorneys for Plaintiff*                                             New York, New York 10017
                                                                        *Attorneys for Defendants*

SO ORDERED:

_____ 3/16/10

4187-002 Doc# 79