UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SHAWN C. CARTER.,                                          Index No. 10 CIV 0854 (DC)

           Plaintiff,

                                         **NOTICE OF APPEARANCE**

    -against-

HIGHLAND CAPITAL MANAGEMENT, L.P.
and NEXBANK SSB,

           Defendants.
--------------------------------------------------------------------X


       Jeffrey Schreiber of the law firm of MEISTER SEELIG & FEIN LLP, hereby appears in

this matter on behalf of Defendants Highland Capital Management, L.P. and Nexbank SSB and

demands that all notices and other papers in this matter be served upon it at the address below.

Dated: New York, New York
       April 12, 2010

                         MEISTER SEELIG & FEIN LLP

                         s/
                         By: Jeffrey Schreiber (JS-6182)
                         2 Grand Central Tower
                         140 East 45th Street – 19th Floor
                         New York, New York 10017
                         (212) 655-3500
                         *Attorneys for Defendants Highland Capital Management, L.P. and Nexbank SSB*

TO:

FERBER CHAN ESSNER & COLLER, LLP
530 Fifth Avenue
New York, NY 10036
Attn: Robert N. Chan, Esq.
*Attorneys for Plaintiff Shawn C. Carter*


(4187-002) Doc# 107