UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Coater
          Plaintiff(s),

- v -

Highland
          Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

__10__ CV. __854__ (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/10

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _____

(ii) Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by __Sept. 15, 2010 (Fact + Expert) Final__

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions __Sept 20, 2010 @ 9:00 w. th. principals__

Sections vi through xi will be set at conference with the Court.

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other __Refer discovery disputes to J. Pitman:__
__Pending motions dismissed without prejudice__

SO ORDERED: New York, New York
__5/25/10__

RMB

Hon. Richard M. Berman, U.S.D.J.