UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 10 CIV 0854

SAWN C. CARTER

, Plaintiff(s)

- against -

HIGHLAND CAPITAL MGMT, LP & NEXBANK SSB AND THIRD PARTY ACTION

, Defendant(s)

State of New York )
) SS.:
County of New York )

AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 06/10/2010 at 1:09 PM at:

110 GREENE ST
SUITE 1107
NEW YORK NY 10012

Deponent served the:

SUMMONS ON A THIRD-PARTY COMPLAINT
ANSWER, COUNTERCLAIMS AND THIRD-PARTY COMPLAINT
upon ABRAM SHNAY,
by delivering true copies to:
Scott Shnay, Son
who stated that they were authorized to accept service on behalf of:
ABRAM SHNAY.

Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at:

ABRAM SHNAY

110 GREENE ST
SUITE 1107
NEW YORK NY 10012

and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 34 HEIGHT: 5'8'' WEIGHT: 175 HAIR: BLONDE RACE: WHITE SEX: MALE

Carlos Pichardo
Carlos Pichardo License #1273833

SWORN TO BEFORE ME 6/17/10
Gonzales Yariela

GONZALES YARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/2011

OUR DOC# 25812
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York NY 10017
212-655-3500